O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADALBERT ZAMORA, et al., ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> SCME MORTGAGE BANKERS, ) <br> INC., et al. ) <br> ) <br> Defendants. ) <br> _____ ) | Case No. EDCV 12-00169 VAP (OPx) <br><br> **JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

    Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiffs' Complaint against Wells Fargo Bank, Bank of America, U.S. Bank, Bank of America Funding Corporation, Banc of America Funding 2006-G-Trust, Recontrust Company, and Kevin Rudolph be DISMISSED WITHOUT PREJUDICE.  The Court orders that such judgment be entered.

Dated: March 28, 2012

/s/ Virginia A. Phillips
VIRGINIA A. PHILLIPS
United States District Judge